UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHAD EVERETT JONES #465170** | **CIVIL ACTION NO. 25-542 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JEFF LANDRY ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 5), determining that the Magistrate Judge's findings and recommendation are correct under the applicable law, and noting the absence of objections to the Report and Recommendation;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus filed by CHAD EVERETT JONES #465170 (R. Doc. 1) is **DENIED** and is **DISMISSED WITH PREJUDICE.**

**THUS ORDERED AND SIGNED** in Chambers this 1st day of July, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT